**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

VERTIS NELSON,

Plaintiff,

Case No. 2:26-cv-13044-GAD-APP

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREDIT ACCEPTANCE CORPORATION,

Defendants.
_________________________________/

**AGREED MOTION COMPELLING ARBITRATION**
**AND STAYING THE CASE**

Defendant Credit Acceptance Corporation ("Credit Acceptance"), by and through undersigned counsel, and Plaintiff Vertis Nelson ("Plaintiff") respectfully request that the Court grant this motion and (i) compel arbitration, (ii) stay the case against Credit Acceptance until the conclusion of arbitration, and (iii) retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award. In support of this motion, Credit Acceptance states as follows:

1. Plaintiff filed this action on or about August 25, 2026.

2. Credit Acceptance has not yet responded to the Complaint; however, the parties now wish to pursue all claims, counterclaims, and defenses per the Arbitration Clause in the Retail Installment Contract.

3. The parties request that the Court also stay the case against Credit Acceptance including, without limitation, all pending due dates as to Credit Acceptance.

WHEREFORE, Credit Acceptance and Plaintiff respectfully request that the Court grant this motion and enter the [Proposed] Order.

Respectfully submitted,

KING & ASSOCIATES, PLLC

By: */s/Stephen W. King*
Stephen W. King (P56456)
Attorneys for Credit Acceptance
355 S. Old Woodward Ave, Suite 100
Birmingham, MI 48009
(248) 792-2389
sking@swkinglaw.com

Dated: September 12, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

VERTIS NELSON,

Plaintiff,

Case No. 2:26-cv-13044-GAD-APP

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREDIT ACCEPTANCE CORPORATION,

Defendants.
_________________________________/

**[PROPOSED] ORDER**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Agreed Motion Compelling Arbitration and Staying the Case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows: (i) the motion is granted and Defendant Credit Acceptance Corporation ("Credit Acceptance") and Plaintiff Vertis Nelson shall proceed to arbitration per the Arbitration Clause in the Retail Installment Contract; (ii) the case against Credit Acceptance only is stayed until the conclusion of arbitration; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

Dated:______________

__________________________________
DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Stephen W. King certifies that on September 12, 2026, he electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys and parties of record herein at their respective addresses as disclosed on the pleadings.

*/s/ Stephen King*